| Notice of Appeal Criminal | CO-290<br>Rev. 3/88 | DAR |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
) 06-085-M-01
vs. ) Criminal No. _Nk_
Beth Friedlan )
)

## NOTICE OF APPEAL

**FILED**
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:
Beth Friedlan

Offense: Demonstrating w/o a Permit

Concise statement of judgment or order, giving date, and any sentence:
Guilty: March 2006
Judgement Entered: Time served + $25 processing

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

3/21/06                             Beth Friedlan
DATE                                APPELLANT

                                    ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE           ☐
PAID USDC FEE         ☐
PAID USCA FEE         ☐

Does counsel wish to appear on appeal?                         YES ☐   NO ☐
Has counsel ordered transcripts?                               YES ☐   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?     YES ☐   NO ☐

**RECEIVED**
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


$31.00 fee